Appeal No.   2023AP730
Cir. Ct. No.  2021TP41

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT III

IN RE THE TERMINATION OF PARENTAL RIGHTS TO P. K.,
A PERSON UNDER THE AGE OF 18:

BROWN COUNTY DEPARTMENT OF HUMAN SERVICES,

    PETITIONER-RESPONDENT,

    V.

A. K.,

    RESPONDENT-APPELLANT.

FILED

September 13, 2023

Samuel A. Christensen
Clerk of Court of Appeals

## ERRATA SHEET

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Tammy Jo Hock
Circuit Court Judge
Electronic Notice

Cheryl Young
Juvenile Clerk
Brown County Courthouse
Electronic Notice

Samantha Shaw Mabry Wagner
Electronic Notice

Steven Zaleski
Electronic Notice

Richard R. Laurent
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraphs 1 and 11 in the above-captioned opinion which was released on September 6, 2023. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.